HARRY M. ELISH et al., Appellants, *v.* ST. LOUIS SOUTHWESTERN RAILWAY COMPANY, Respondent, et al., Defendants.

Submitted June 1, 1953; decided June 5, 1953.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 305 N. Y. 267.]